In the Matter of EMMA ZWECK, Petitioner, v. NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.